IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREA POLLOCK | ) | CIVIL ACTION NO.: |
| | ) | |
| on behalf of herself and all others similarly situated, | ) ) | JUDGE: |
| | ) | MAGISTRATE JUDGE: |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BYRIDER FINANCE, LLC d/b/a CARNOW ACCEPTANCE COMPANY (CNAC) | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF ANTHONY J. LAZZARO**

Anthony J. Lazzaro, undersigned counsel for Andrea Pollock, hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff and all others similarly situated in the above-captioned collective action pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Anthony J. Lazzaro filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: March 10, 2015        Respectfully submitted,

                                          /s/ Anthony J. Lazzaro
                                        Anthony J. Lazzaro (OH 0077962)
                                        The Lazzaro Law Firm, LLC
                                        920 Rockefeller Building
                                        614 W. Superior Avenue
                                        Cleveland, Ohio 44113
                                        Phone: 216-696-5000
                                        Facsimile: 216-696-7005
                                        anthony@lazzarolawfirm.com
                                        *One of the Attorneys for Plaintiff*