IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREA POLLOCK | ) CIVIL ACTION NO.: |
| | ) |
| on behalf of herself and all others similarly situated, | ) JUDGE: |
| | ) |
| | ) MAGISTRATE JUDGE: |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| BYRIDER FINANCE, LLC d/b/a CARNOW ACCEPTANCE COMPANY (CNAC) | ) |
| | ) |
| Defendant. | ) |

**AFFIDAVIT OF ANTHONY J. LAZZARO IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Anthony J. Lazzaro, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff and all others similarly situated in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Anthony J. Lazzaro, being duly sworn, do hereby depose and say as follows:

1. I am an Attorney and owner of The Lazzaro Law Firm, LLC.

2. My business address is 920 Rockefeller Building, 614 W. Superior Avenue, Cleveland, Ohio 44113

3. I am a member in good standing of the bars of Ohio, the United States District Court for the Northern District of Ohio, and the United States District Court for the Southern District of Ohio.

4. My bar identification number is: OH 0077962

1

5. A current certificate of good standing from the United States District Court for the Northern District of Ohio is attached to this Affidavit as Exhibit 1.

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania

9. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: March 10, 2015                           Respectfully submitted,

                                                 /s/ Anthony J. Lazzaro
                                                Anthony J. Lazzaro (OH 0077962)
                                                The Lazzaro Law Firm, LLC
                                                920 Rockefeller Building
                                                614 W. Superior Avenue
                                                Cleveland, Ohio 44113
                                                Phone: 216-696-5000
                                                Facsimile: 216-696-7005
                                                anthony@lazzarolawfirm.com
                                                *One of the Attorneys for Plaintiff*