**AO 136**
(Rev. 10/98)

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA : : ss.
NORTHERN DISTRICT OF OHIO :

I, GERI M. SMITH, Clerk of the United States Court for the Northern District of Ohio, **DO HEREBY CERTIFY**, that **ANTHONY J. LAZZARO, 0077962**, was duly admitted to practice in said Court on **December 16, 2004** and is in good standing as a member of the bar of said Court.



Dated at Cleveland, OH

on March 4, 2015

**GERI M. SMITH**
**Clerk of Court**

By:  s/Colleen Gallagher
   **Deputy Clerk**