IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREA POLLOCK | ) | |
| | ) | |
| on behalf of herself and all others | ) | |
| similarly situated, | ) | CIVIL ACTION NO.: 2:15-cv-00334-LPL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BYRIDER FINANCE, LLC | ) | |
| d/b/a CARNOW ACCEPTANCE | ) | |
| COMPANY (CNAC) | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF SONIA M. WHITEHOUSE**

Sonia M. Whitehouse, undersigned counsel for Andrea Pollock, hereby moves that she be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff and all others similarly situated in the above-captioned collective action pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Sonia M. Whitehouse filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: March 10, 2015                    Respectfully submitted,

   /s/ Sonia M. Whitehouse
Sonia M. Whitehouse (OH 0088684)
The Lazzaro Law Firm, LLC
920 Rockefeller Building
614 W. Superior Avenue
Cleveland, Ohio 44113
Phone: 216-696-5000
Facsimile: 216-696-7005
sonia@lazzarolawfirm.com
*One of the Attorneys for Plaintiff*