IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREA POLLOCK ) <br> ) <br> on behalf of herself and all others ) <br> similarly situated, ) <br> ) <br>   Plaintiff, ) <br> ) <br>   vs. ) <br> ) <br> BYRIDER FINANCE, LLC ) <br> d/b/a CARNOW ACCEPTANCE ) <br> COMPANY (CNAC) ) <br> ) <br>   Defendant. ) | CIVIL ACTION NO.: 2:15-cv-00334-LPL |

**AFFIDAVIT OF SONIA M. WHITEHOUSE IN SUPPORT
OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Sonia M. Whitehouse, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff and all others similarly situated in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Sonia M. Whitehouse, being duly sworn, do hereby depose and say as follows:

1. I am an Associate of the law firm The Lazzaro Law Firm, LLC.

2. My business address is 920 Rockefeller Building, 614 W. Superior Avenue, Cleveland, Ohio 44113

3. I am a member in good standing of the bars of Ohio, New York, the United States District Court for the Northern District of Ohio, and the United States District Court for the Southern District of Ohio.

4. My bar identification number(s) are: OH 0088684; NY 4947123.

1

5. A current certificate of good standing from the United States District Court for the Northern District of Ohio is attached to this Affidavit as Exhibit 1.

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania

9. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.


Dated: March 10, 2015                                          Respectfully submitted,

                                                     /s/ Sonia M. Whitehouse
Sonia M. Whitehouse (OH 0088684)
The Lazzaro Law Firm, LLC
920 Rockefeller Building
614 W. Superior Avenue
Cleveland, Ohio 44113
Phone: 216-696-5000
Facsimile: 216-696-7005
sonia@lazzarolawfirm.com
*One of the Attorneys for Plaintiff*