


AO 136
(Rev. 10/98)

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

ss.

NORTHERN DISTRICT OF OHIO

I, GERI M. SMITH, Clerk of the United States Court for the Northern District of Ohio, **DO HEREBY CERTIFY**, that **SONIA M. WHITEHOUSE, 0088684**, was duly admitted to practice in said Court November 13, 2013 and is in good standing as a member of the bar of said Court.

Dated at Cleveland, OH

on March 4, 2015

**GERI M. SMITH**
**Clerk of Court**

By:   s/Colleen Gallagher
**Deputy Clerk**